Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15923−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Toris L Miles
   204 E. 7th Ave
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/6/19
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 25, 2019
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15923-VFP
Toris L Miles                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin             Page 1 of 2           Date Rcvd: Mar 25, 2019
                                Form ID: 132            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db              +Toris L Miles,    204 E. 7th Ave,    Roselle, NJ 07203-2030
518138577       +ADVANCE FIN FCU,    785 CENTRAL AVE,    NEW PROVIDENCE, NJ 07974-1100
518138578       +AMEX,    CORRESPONDENCE/BANKRUPTCY,    PO BOX 981540,    EL PASO, TX 79998-1540
518138584       +COMMUNITY FIN SRV FCU,    149 E ST GEORGE AVE,    ROSELLE, NJ 07203-2936
518138585       +CREDIT FIRST NATIONAL ASSOCIATION,    ATTN: BANKRUPTCY,    PO BOX 81315,
                 CLEVELAND, OH 44181-0315
518138591       +LOANDEPO.CO,    ATTN: BANKRUPTCY DEPT,    PO BOX 250009,    PLANO, TX 75025-0009
518138592       +MARINER FINANCE,    ATTN: BANKRUPTCY DEPARTMENT,    8211 TOWN CENTER DR.,
                 BALTIMORE, MD 21236-5904
518138593       +MERCURY/FBT,    ATTN: BANKRUPTCY,    PO BOX 84064,    COLUMBUS, GA 31908-4064
518138594       +Marnie R. Miles,    39 S Garden Drive,    Roselle, NJ 07203-2884
518138595       +N J L,    225 E STATE ST STE 1,    TRENTON, NJ 08608-1800
518138604       +William Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:31      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518138579       +E-mail/Text: bk@avant.com Mar 26 2019 00:13:03      AVANT,    ATTN: BANKRUPTCY,   PO BOX 9183380,
                 CHICAGO, IL 60691-3380
518138580       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2019 00:15:30      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518138581       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2019 00:12:11      COMENITY BANK/MANDEES,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518138582       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2019 00:12:11
                 COMENITY BANK/VICTORIA SECRET,    PO BOX 182789,    COLUMBUS, OH 43218-2789
518138583       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2019 00:12:11      COMENITYBANK/JARED,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
518138586       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 26 2019 00:14:54      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518138588       +E-mail/Text: bk@lendingclub.com Mar 26 2019 00:12:56      LENDINGCLUB,    ATTN: BANKRUPTCY,
                 71 STEVENSON ST, STE 1000,    SAN FRANCISCO, CA 94105-2967
518138590       +E-mail/Text: bklcard@lendup.com Mar 26 2019 00:13:07      LENDUP CARD SERVICES I,
                 ATTN: BANKRUPTCY, LENDUP,    237 KEARNY ST #197,    SAN FRANCISCO, CA 94108-4502
518138599       +E-mail/Text: jennifer.chacon@spservicing.com Mar 26 2019 00:13:25      SPS,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
518138600       +E-mail/Text: BKRMailOPS@weltman.com Mar 26 2019 00:12:09      STERLING JEWELERS/JARED,
                 ATTN: BANKRUPTCY,    375 GHENT RD,    AKRON, OH 44333-4601
518138601       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 00:15:23      SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
518138602       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 00:15:03      SYNCHRONY BANK/CARE CREDIT,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
518139212       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 00:15:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518138605        E-mail/Text: bankruptcydept@wyn.com Mar 26 2019 00:12:54      WYNDHAM VACATION OWNERSHIP,
                 ATTN: BANKRUPTCY,    PO BOX 98940,    LAS VEGAS, NV 89193
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518138587*      +CREDIT ONE BANK,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518138589*      +LENDINGCLUB,    ATTN: BANKRUPTCY,    71 STEVENSON ST, STE 1000,    SAN FRANCISCO, CA 94105-2967
518138596*      +N J L,    225 E STATE ST STE 1,    TRENTON, NJ 08608-1800
518138597*      +N J L,    225 E STATE ST STE 1,    TRENTON, NJ 08608-1800
518138598*      +N J L,    225 E STATE ST STE 1,    TRENTON, NJ 08608-1800
518138603*      +SYNCHRONY BANK/CARE CREDIT,    ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
518138606*     ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
                 (address filed with court: WYNDHAM VACATION OWNERSHIP,     ATTN: BANKRUPTCY,    PO BOX 98940,
                   LAS VEGAS, NV 89193)
                                                                                         TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2019
                                  Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Toris L Miles rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 3
```