| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   TORIS L MILES | Case No.:  19-15923<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: November 1, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): TORIS L MILES

Case No.: 19-15923VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of MARINER FINANCE LLC, Court Claim Number 5, be reduced to amount paid to date through the plan by the Standing Trustee.