**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Toris L Miles<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9097<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–15923–VFP | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Toris L Miles

   10/31/22                                                       **By the court:** <u>Vincent F. Papalia</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Toris L Miles  
    Debtor

Case No. 19-15923-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 31, 2022      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toris L Miles, 204 E. 7th Ave, Roselle, NJ 07203-2030 |
| 518138577 | + | ADVANCE FIN FCU, 785 CENTRAL AVE, NEW PROVIDENCE, NJ 07974-1100 |
| 518138584 | + | COMMUNITY FIN SRV FCU, 149 E ST GEORGE AVE, ROSELLE, NJ 07203-2936 |
| 518240596 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 518138591 | + | LOANDEPO.CO, ATTN: BANKRUPTCY DEPT, PO BOX 250009, PLANO, TX 75025-0009 |
| 518138594 | + | Marnie R. Miles, 39 S Garden Drive, Roselle, NJ 07203-2884 |
| 518138595 | + | N J L, 225 E STATE ST STE 1, TRENTON, NJ 08608-1800 |
| 518138604 | + | William Brewer, Esq., PO Box 1001, Marmora, NJ 08223-5001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518138578 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:56:04 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518138579 | + | Email/Text: bk@avant.com | Oct 31 2022 20:44:00 | AVANT, ATTN: BANKRUPTCY, PO BOX 9183380, CHICAGO, IL 60691-3380 |
| 518171041 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:56:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518138580 | + | EDI: CAPITALONE.COM | Nov 01 2022 00:38:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518138581 | + | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | COMENITY BANK/MANDEES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518138582 | + | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | COMENITY BANK/VICTORIA SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518138583 | + | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | COMENITYBANK/JARED, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518138585 | + | EDI: CRFRSTNA.COM | Nov 01 2022 00:33:00 | CREDIT FIRST NATIONAL ASSOCIATION, ATTN: BANKRUPTCY, PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 518138586 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2022 20:55:54 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518236748 | | EDI: JEFFERSONCAP.COM | Nov 01 2022 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 19-15923-VFP    Doc 35    Filed 11/02/22    Entered 11/03/22 00:14:57    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3180W | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | | Saint Cloud Mn 56302-9617 |
| 518138588 | + Email/Text: bk@lendingclub.com | Oct 31 2022 20:44:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 71 STEVENSON ST, STE 1000, SAN FRANCISCO, CA 94105-2967 |
| 518579343 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 20:55:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579342 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 20:55:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518219811 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 20:55:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518138592 | + Email/Text: bankruptcy@marinerfinance.com | Oct 31 2022 20:43:00 | MARINER FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 8211 TOWN CENTER DR., BALTIMORE, MD 21236-5904 |
| 518138593 | + Email/Text: Mercury@ebn.phinsolutions.com | Oct 31 2022 20:43:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 518138590 | Email/Text: ml-ebn@missionlane.com | Oct 31 2022 20:43:00 | LENDUP CARD SERVICES I, ATTN: BANKRUPTCY, LENDUP, 237 KEARNY ST #197, SAN FRANCISCO, CA 94108 |
| 518187047 | + Email/Text: bankruptcy@marinerfinance.com | Oct 31 2022 20:43:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518272547 | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518225220 | EDI: Q3G.COM | Nov 01 2022 00:38:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518181199 | EDI: Q3G.COM | Nov 01 2022 00:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518138599 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 31 2022 20:44:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518138600 | + Email/Text: BKRMailOPS@weltman.com | Oct 31 2022 20:44:00 | STERLING JEWELERS/JARED, ATTN: BANKRUPTCY, 375 GHENT RD, AKRON, OH 44333-4601 |
| 518182460 | + Email/Text: bncmail@w-legal.com | Oct 31 2022 20:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518138601 | + EDI: RMSC.COM | Nov 01 2022 00:33:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 518138602 | + EDI: RMSC.COM | Nov 01 2022 00:33:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518443651 | + EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518139212 | + EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518280878 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 31 2022 20:44:00 | U.S. Bank National Association et al.,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518138605 | Email/Text: bankruptcydept@wyn.com | Oct 31 2022 20:44:00 | WYNDHAM VACATION OWNERSHIP, ATTN: BANKRUPTCY, PO BOX 98940, LAS VEGAS, NV 89193 |

TOTAL: 32

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3180W | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518138587 | *+ | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518138589 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 71 STEVENSON ST, STE 1000, SAN FRANCISCO, CA 94105-2967 |
| 518138596 | *+ | N J L, 225 E STATE ST STE 1, TRENTON, NJ 08608-1800 |
| 518138597 | *+ | N J L, 225 E STATE ST STE 1, TRENTON, NJ 08608-1800 |
| 518138598 | *+ | N J L, 225 E STATE ST STE 1, TRENTON, NJ 08608-1800 |
| 518138603 | *+ | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519288108 | * | U.S. Bank National Association, et.al., C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519288109 | * | U.S. Bank National Association, et.al., C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518138606 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, WYNDHAM VACATION OWNERSHIP, ATTN: BANKRUPTCY, PO BOX 98940, LAS VEGAS, NV 89193 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Toris L Miles ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5